UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HANIT DANIELS,                                  :

              Plaintiff,                    :       <u>ORDER</u>

   -v.-                                          :
                                                           17 Civ. 1399 (LGS) (GWG)
JEAN PIERRE HAIR SALON, INCORPORATED,:

              Defendant.                  :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The time of the settlement conference in this matter is changed to <u>9:30 a.m.</u> on Wednesday, January 24, 2018. Counsel should inform their clients. Counsel and clients should arrive at least 15 minutes beforehand so that the conference may begin on time.

SO ORDERED.

Dated: January 22, 2018
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/18