

# MEMO ENDORSED

# MKC
## LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 720 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

March 19, 2018

*Via ECF; Total Pages: 1*
Hon. Gabriel Gorenstein, U.S.M.J.
U.S. District Court
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/18
```

Re:   Daniels v. Jean Pierre
      Docket No. 1:17-cv-01399-LGS

Dear Judge Gorenstein:

This office represents Defendant in the above referenced matter. The Settlement Conference for this matter is scheduled for Friday March 23, 2018 starting at 10:00 a.m.

I have an emergent Order to Show Cause hearing in southern New Jersey in the morning starting at 9:00 a.m. I have conferred with Your Honor's law clerk Nick Kabot and he has advised that 2:30 p.m. is also available as a start time and he will hold it for us, pending my confirmation with Plaintiff's counsel.

Plaintiff's counsel has confirmed that the 2:30 p.m. is acceptable. Thank you for your kind courtesies in this matter.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

*Start time changed to 2:30pm on March 23, 2018*

MKC/kr
cc: David Abrams, Esq. (*Via ECF*)

SO ORDERED  DATE 3/19/18
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE