

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 720 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

March 30, 2018

*Via ECF; Total Pages: 1*
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Daniels v. Jean Pierre Hair Salon, Incorporated
             Docket No. 1:17-cv-01399-LGS

Dear Judge Schofield:

    This office represents defendants in the above referenced matter. As per your Honors' Order dated February 22, 2018, we are to provide a status letter informing the Court on whether the parties consent to try this case before a Magistrate Judge, and if so, whether the parties would try the case before Judge Gorenstein.

    The Defendants consent to have the case tried before Magistrate Judge Gorenstein.

    I have conferred with Plaintiff's counsel, and he does not consent to have the case tried before Magistrate Judge Gorenstein.

    Thank you for your consideration and courtesies as to this matter.

                                    Respectfully submitted,

                                    *Michael K. Chong*

                                    Michael K. Chong, Esq.

MKC/kr
cc: David Abrams (via ECF)