UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANIT DANIELS, <br><br> *Plaintiff,* <br><br> v. <br><br> JEAN PIERRE HAIR SALON, INCORPORATED, <br><br> *Defendant.* | **NOTICE OF MOTION <br> FOR LEAVE TO WITHDRAW AS <br> COUNSEL FOR DEFENDANT** <br><br> 1:17-cv-01399-LGS |

To:   Jean Pierre Hair Salon, Inc.
      977 Avenue of the Americas
      New York, New York

**PLEASE TAKE NOTICE** that Michael K. Chong, LLC and Michael K. Chong, Esq., shall move before the Honorable Lorna G. Schofield, U.S.D.J., United States District Court for the Southern District of New York, at United States Courthouse, 40 Foley Square, New York, NY 10007 on a date and time to be set by the Court, for Leave to Withdraw as Counsel for Defendant JEAN PIERRE HAIR SALON, INCORPORATED. In support of the Motion, movant will rely upon the enclosed Declaration of Michael K. Chong, Esq. A proposed form of Order is enclosed.

Date: August 31, 2018

*Michael K. Chong*

Michael K. Chong, Esq.
*Attorney for Defendant*