UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANIT DANIELS, *Plaintiff,* v. JEAN PIERRE HAIR SALON, INCORPORATED, *Defendant.* | **DECLARATION OF MICHAEL K. CHONG, ESQ.** 1:17-cv-01399-LGS |

I, Michael K. Chong, declare under penalty of perjury:

1. I am an attorney at law admitted to practice before the United States District Court for the Southern District of New York, and the attorney for defendant JEAN PIERRE HAIR SALON, INCORPORATED in this action. I have personal knowledge of the facts set forth in this Declaration which I make in support of a Motion for Leave to Withdraw as Counsel for Defendant.

2. I was retained to represent Defendant in this action on an hourly fee basis. Defendant provided a small payment for their initial retainer. It has since expired, and I have made numerous requests for payment of the outstanding legal bill to no avail.

3. In addition, there has also been a general breakdown in communication with Defendant which prevents me from effectively representing them in this litigation.

4. I have made multiple attempts to contact Defendant to provide me with information and other documents concerning this matter to no avail. I have advised Defendant of the upcoming trial, and have requested information and documents to prepare for the upcoming trial, to no avail.

5. I have also advised Defendant that, in addition to paying their outstanding legal bill, they also need to provide me with a retainer for the trial, to no avail.

6. Based on the above, I have advised Alex Kors, who is the principal for the corporate defendant JEAN PIERRE HAIR SALON, INCORPORATED that I intend to seek the Court's

permission to withdraw as counsel based on the above.

7.	In sum, Defendant is unresponsive to my communications and requests for information and payment. Under these circumstances, I am unable to effectively represent the Defendant's interests, and it will be a substantial financial hardship to be required to continue representing Defendant without payment for my legal services.

8.	For all of these reasons, I respectfully request that the Court grant the Motion for Leave to Withdraw as Counsel for Defendant JEAN PIERRE HAIR SALON, INCORPORATED.

9.	Defendant is being provided with notice of my application to withdraw as counsel, with the Notice of Motion, Declaration and proposed Order being sent to Defendant by email, the established method of communication between my office and Defendant.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: August 31, 2018

*Michael K. Chong*
Michael K. Chong, Esq.