UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HANIT DANIELS,

                           Plaintiff,

-against-

JEAN PIERRE HAIR SALON, INC.,

                           Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2018

17 Civ. 1399 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 5, 2018, an Order (Dkt. No. 65) required Defendant to submit a letter stating that it has retained counsel, or specifying steps it is taking to retain counsel by September 12, 2018;

      WHEREAS, Defendant failed to submit the letter.  It is hereby

      **ORDERED** that Defendant shall submit the letter by **October 1, 2018**.  Failure to do so may result in entry of a default judgment against Defendant.

      The Clerk of Court is respectfully directed to mail a copy of this Order and the Order at Dkt. No. 65 to Defendant.

Dated: September 13, 2018
       New York, New York

                                                 LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE