**David Abrams, Attorney at Law**
305 Broadway Suite 601, New York, NY 10007
Tel. 212-897-5821 Fax 212-897-5811

September 20, 2018

To:    Hon. Lorna G. Schofield                               (by ECF)
       United States District Court
       Southern District of New York
       40 Foley Square
       New York, NY 10007

Re:    <u>Daniels v. Jean Pierre Hair Salon, Case No. 17 cv 1399 (LGS)</u>

Dear Judge Schofield:

      This office represents the Plaintiff in the above-referenced matter. Pursuant to Your Honor's individual practices, I respectfully request that the Court either adjourn the hearing set for September 27, 2018 or permit me to appear telephonically.

      On that same day, I have a mediation scheduled in the matter of *Jones v. Compass Two LLC*, Case No. 18 cv 5446.

      Accordingly, I am respectfully requesting either a postponement or permission to appear (if necessary) by telephone.

                                                                Respectfully yours,

                                                                David Abrams