**David Abrams, Attorney at Law**
305 Broadway Suite 601, New York, NY 10007
Tel. 212-897-5821 Fax 212-897-5811

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2018
```

September 20, 2018

To:   Hon. Lorna G. Schofield                                  (by ECF)
      United States District Court
      Southern District of New York
      40 Foley Square
      New York, NY 10007

Re:   <u>Daniels v. Jean Pierre Hair Salon, Case No. 17 cv 1399 (LGS)</u>

Dear Judge Schofield:

    This office represents the Plaintiff in the above-referenced matter. Pursuant to Your Honor's individual practices, I respectfully request that the Court either adjourn the hearing set for September 27, 2018 or permit me to appear telephonically.

    On that same day, I have a mediation scheduled in the matter of *Jones v. Compass Two LLC*, Case No. 18 cv 5446.

    Accordingly, I am respectfully requesting either a postponement or permission to appear (if necessary) by telephone.

                                Respectfully yours,

                                  David Abrams

APPLICATION GRANTED.  Plaintiff's counsel shall appear for the conference on September 27, 2018, by jointly calling Chambers at (212) 805-0288 from a landline.

Dated: September 21, 2018
      New York, New York

                                    LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE